ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA                  :

    - v. -                               :

ELLIUS RODRIGUEZ,                         :
TIMOTHY YOUNG, and                        :
PATRICIA PATTERSON,                       :

        Defendants.                       :

- - - - - - - - - - - - - - - - X

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12|18|18
```

SEALED

INDICTMENT

18 Cr.

18 CRIM 895

## COUNT ONE

### (Narcotics Conspiracy)

The Grand Jury charges:

1.    From at least in or about May 2018 through in or about November 2018, in the Southern District of New York and elsewhere, ELLIUS RODRIGUEZ, TIMOTHY YOUNG, and PATRICIA PATTERSON, the defendants, and others known and unknown, intentionally and knowingly did combine, conspire, confederate, and agree together and with each other to violate the narcotics laws of the United States.

2.    It was a part and an object of the conspiracy that ELLIUS RODRIGUEZ, TIMOTHY YOUNG, and PATRICIA PATTERSON, the defendants, and others known and unknown, would and did distribute and possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1). ·

3.    The controlled substance that ELLIUS RODRIGUEZ, TIMOTHY

JUDGE KAPLAN

YOUNG, and PATRICIA PATTERSON, the defendants, conspired to distribute and possess with the intent to distribute was forty grams and more of mixtures and substances containing a detectable amount of fentanyl, in violation of Title 21, United States Code, Section 841(b)(1)(B).

(Title 21, United States Code, Section 846.)

## FORFEITURE ALLEGATION

4.    As a result of committing the offense alleged in Count One of this Indictment, ELLIUS RODRIGUEZ, TIMOTHY YOUNG, and PATRICIA PATTERSON, the defendants, shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any and all property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of said offenses and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, said offenses, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

## Substitute Assets Provision

5.    If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

> a.    cannot be located upon the exercise of due diligence;
>
> b.    has been transferred or sold to, or deposited with, a third person;

2

c. has been placed beyond the jurisdiction of the Court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the above forfeitable property.

(Title 21, United States Code, Section 853.)

FOREPERSON

GEOFFREY S. BERMAN
United States Attorney

3

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**ELLIUS RODRIGUEZ,**
**TIMOTHY YOUNG, and**
**PATRICIA PATTERSON**

**Defendants.**

**INDICTMENT**

18 Cr.

(21 U.S.C. § 846.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson

12/16/18
Sealed
Filed Indictment.

U.S.M.J. Debra Freeman