RECEIVED
JAN 24 2019
JUDGE KAPLAN'S CHAMBERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - x
      :
UNITED STATES OF AMERICA
      :
   - v. -                             18 Cr. 895 (LAK)
      :
ELLIUS RODRIGUEZ,
TIMOTHY YOUNG, and      :
PATRICIA PATTERSON,
      :
             Defendants.
- - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1-24-19

      Upon the application of the Government, by and through Assistant United States Attorney Elinor L. Tarlow, and with the consent of the Defendants, by and through Thomas Dunn, Esq., Jonathan Marvinny, Esq., and Sam Schmidt, Esq., it is hereby ORDERED that time between January 24, 2019 and February 4, 2019, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A). The Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants in a speedy trial because it will permit the parties to discuss the potential for a pretrial resolution of this matter and will provide defense counsel the opportunity to begin reviewing discovery.

Accordingly, it is ORDERED that the time between January 24, 2019 and February 4, 2019, is hereby excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

SO ORDERED.

Dated: New York, New York
January 24, 2019

_____
HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK